**JOHN P. QUIRKE AND ASSOCIATES, LLC**
John P. Quirke--009201991
376 Harlingen Rd.
Belle Mead, NJ  08502
Phone:  (908) 829-4060
Facsimile: (908) 847-0287

*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ARCHIE HENRY,<br>MAURICE GERALDS,<br>KEVIN MERRITT,<br>TARON WILSON, individually and on Behalf of all oters similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ANTHONY MARKS, FRANK MARKS, SCOTT MARKS,<br>MARKSMEN LANDSCAPING, LLC,<br>ABC COMPANIES, 1-10,  and<br>JOHN DOES 1-10<br><br>     Defendants. | : : : : : : : : : : : : : : : : : : : : | Civil Action No.<br><br>(Formerly Superior Court of New Jersey-<br>Law Division—Camden County<br>Docket No.: CAM-L-659-22) |

  The Defendants (collectively referred to as "Marksmen" or the "Defendants"), by and through their attorneys, timely file this Notice of Removal pursuant to 28 U.S.C. §§ 1331-32, 1441, and 1446 (the "Notice") removing this action from the Superior Court of New Jersey: Law Division—Camden County to the United States District Court for the District of New Jersey. In support of this Notice, the Defendants aver as follows:

1. Plaintiff commenced this action on March 14, 2022, by filing a Complaint in the Superior Court of New Jersey: Law Division, Camden County (the "State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached as Exhibit A.

2. On March 16, 2022, Plaintiff issued a Summons (the "Summons") to the first-named Defendant. A true and correct copy of the Summons is attached as Exhibit B.

3. The Complaint alleges multiple causes of action, including allegations under the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), codified as the Coronavirus Economic Stabilization Act, 15. U.S.C. § 9001, *et seq*. *See*, Ex. A, ¶¶ 50-69, *et seq*.

**Federal Question Jurisdiction Under 28 U.S.C. § 1331**

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it involves multiple federal questions, *e.g.,* the CARES Act.

5. For example, Count Two of the Complaint is based on, among other claims, the CARES Act and an alleged violation of 18 U.S.C. § 1961 and 18 U.S.C. § 1341, which are federal laws. *See*, Ex. A, ¶¶ 92-107.

6. This Court has supplemental jurisdiction over the remaining state claims pursuant to 28 U.S.C. § 1367.

**All Procedural Requirements For Removal Have Been Satisfied**

7. This Notice is being filed within the thirty days of first service of the Complaint upon one of the Defendants, pursuant to 28 U.S.C. § 1446.

8. Pursuant to 28 U.S.C. § 1446, a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action, which have been served upon the parties, is being filed with this Notice.

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because the U.S. District Court for the District of New Jersey is the federal judicial district embracing the Superior Court of New Jersey: Law Division—Camden County, where the State Action was originally filed.

10. By this Notice, the Defendants do not waive any objection they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action.

11. The Defendants intend no admission of fact, law, or liability by this Notice and expressly reserve all defenses, motions, and/or pleas.

WHEREFORE, the Defendants remove this instant action now pending in the Superior Court of New Jersey: Law Division—Camden County.

Dated: April 11, 2022

**JOHN P. QUIRKE AND ASSOCIATES, LLC**

By: /s/ John P. Quirke
John P. Quirke

John P. Quirke and Associates, LLC
376 Harlingen Rd.
Belle Mead, NJ 08502
Telephone: (908) 829-4060
Facsimile: (908) 847-0287

*Attorneys for the Defendants*